Drew Blewett
HOYT & BLEWETT PLLC
P.O. Box 2807
Great Falls, MT   59403-2807
Telephone: (406) 761-1960
Fax: (406) 761-7186
Email:  dblewett@hoytandblewett.com

Jory D. Lange, Jr., (Pro Hac Vice pending)
The Lange Law Firm, PLLC
6300 West Loop South, Suite 350
Houston, TX 77401
Telephone: (833) 330-3663
Facsimile: (833) 393-3663
Email : jory@jorylange.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TEISCHA BENSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>                    Defendant. | Cause No.: CV-20-70-GF-BMM-JTJ<br><br>**RULE 41(A)(1)(A)(i), FED.R.CIV.P.  NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW, the above named Plaintiff, Teischa Benson, by and through her attorneys of record, and pursuant to Rule 41(a)(1)(a)(i), Fed.R.Civ.P. , files this Notice of Dismissal Without Prejudice of her claims against Defendant Thomson International, Inc.

DATED this 5th day of January, 2021

HOYT & BLEWETT PLLC

By:      /s/ Drew Blewett
         Drew Blewett

Attorneys for Plaintiff